IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEAN CENECHARL,

    Petitioner,

v.                                       1:14cv137-WS/GRJ

JULIE L. JONES, Secretary,
Department of Corrections, et al.,

    Respondents.

---

ORDER DENYING PETITIONER'S PETITION
FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation (doc. 26) docketed December 9, 2016. The magistrate judge recommends that Jean Cenecharl's petition for writ of habeas corpus be DENIED. Cenecharl has filed objections (doc. 29) to the magistrate judge's report and recommendation.

Upon review of the record in light of Cenecharl's objections, the court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 26) is adopted and incorporated by reference in this order of the court.

2. Cenecharl's petition for writ of habeas corpus (doc. 1) is DENIED.

3. The clerk shall enter judgment stating: "Jean Cenecharl's petition for writ of habeas corpus is DENIED."

4. A certificate of appealability is DENIED.

DONE AND ORDERED this   23rd   day of   January  , 2017.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE